**United States Bankruptcy Court**
**District of South Carolina (Charleston)**

| | |
|---|---|
| IN RE:<br><br>William Pinckney, Jr.<br><br><br>Debtor(s) | Chapter 13<br>Case No.: **15-01902-jw**<br><br>**RESPONSE TO NOTICE**<br>**OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g)**, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** ("Movant") through its undersigned attorney, hereby responds to the Notice of Final Cure Payment as follows:

As of April 16, 2020:

1. Movant agrees that the Debtor has paid in full the amount required to cure the default on the Proof of Claim as filed.

2. Movant has reviewed its records and the Debtor is current on the post-petition payments due to Movant (NOTE: Remaining balance on agreed order entered May 22, 2019 is $257.68).

3. If Debtor is not current, the following amounts are required to cure the amount due on Debtor's account: N/A

/s/Louise M. Johnson
Ronald C. Scott (I.D. 3768)
Reginald P. Corley (I.D. 7832)
Louise M. Johnson (I.D. 7905)
Angelia J. Grant (I.D. 11276)
Scott and Corley, P.A.
Attorneys for Movant
Post Office Box 2065
Columbia, SC 29202
(803) 252-3340

Columbia, South Carolina
April 17, 2020

**United States Bankruptcy Court**
**District of South Carolina (Charleston)**

IN RE:

William Pinckney, Jr.

Debtor(s)

Chapter 13
Case No.: **15-01902-jw**

**CERTIFICATE OF SERVICE**

    I, the undersigned employee of SCOTT AND CORLEY, P.A., do hereby certify that a copy of the Response to Notice of Final Cure was mailed to the parties listed below:

William Pinckney, Jr.
PO Box 574
McCellanville, SC 29458

Elizabeth R Heilig
Robert R Meredith, Jr
Meredith Law Firm, LLC
4000 Faber Place Drive
Suite 120
N. Charleston, SC 29405

**James M. Wyman** (via electronic service)
Trustee

/s/Frank Dixon
Frank Dixon, Bankruptcy Paralegal
Scott and Corley, P.A.
Post Office Box 2065
Columbia, SC 29202
(803) 252-3340

Columbia, South Carolina
April 17, 2019